UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Horowitz,

                Plaintiff(s),

      -against –

Professional Claims Bureau, LLC,

                Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:22-CV-09959 (CS)

<u>Seibel, J.</u>

    It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within sixty (60) days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

    **SO ORDERED**.

Dated:  April 3, 2023
         White Plains, New York

                                          _____
                                            CATHY SEIBEL, U.S.D.J.